United States District Court
for the District of New Jersey

_____  :
                                              :
**JIMMY DELBRIDGE**                           :
                                              :
                                              :   Civil  No.  08-6005
          Plaintiff                           :
                                              :   Order of Reassignment
                                              :
**COMMISSIONER OF SOCIAL SECURITY**           :
                                              :
          Defendant                           :
_____  :

It is on this 23rd day of June 2009,

O R D E R E D that the entitled action is reassigned

from Judge Jose L. Linares to Judge Stanley R. Chesler.

                                                 S/Garrett E. Brown, Jr.
                                      Garrett E. Brown, Jr., Chief Judge
                                      United States District Court